**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: K.A.K., A MINOR        :  No. 134 MM 2015
:
:
PETITION OF: J.B., MOTHER     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.